# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR345 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **LAZARO MEDINA-AYON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Lazaro Medina-Ayon (Medina-Ayon) to continue trial (Filing No. 34). The motion is granted and trial will be rescheduled following the disposition of co-defendant Pena-Zavala's motion to suppress.

**IT IS SO ORDERED.**

DATED this 10th day of December, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge