UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR345 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| LAZARO MEDINA-AYON, | ) | |
| SERGIO PENA-ZAVALA, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 11th day of January, 2011, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 2, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 and Title 18, United States Code, Section 924(c) and 924(d) based upon the Defendants' pleas of guilty to Counts I, IV, V, VIII and IX of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in the following was forfeited to the United States: $430.00, $86.00 and $1,230.00 in United States currency, a .38 caliber Smith & Wesson revolver, serial number 7D03641, a Ruger 9mm firearm, serial number 30766854, and a .380 Derringer handgun, serial number 45116.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on November 9, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions. A Declaration of Publication was filed herein on January 7, 2011 (Filing No. 94).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the properties held by any person or entity, is hereby forever barred and foreclosed.

C. The properties be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 11th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**